1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| 12 | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-6526 CRB |
|---|---|---|
| 13 | | MDL NO. 1699 |
| 14 | | District Judge: Charles R. Breyer |
| 15 | Sheryl Alback (NE), et al., | |
| 16 | Plaintiffs | **STIPULATION AND ORDER OF** |
| 17 | vs. | **DISMISSAL WITH PREJUDICE** |
| 18 | Pfizer Inc, et al., | |
| 19 | Defendants. | |

20

21    Come now the Plaintiffs Larry Allen (TX), Hubert Bend (AL), and Jessie Hatcher (GA)

22  in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant

23  to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this

24  action **with prejudice** as to the plaintiffs named herein only with each side bearing its own

25  attorneys' fees and costs.

26

27

28

-1-

DATED: 10/16, 2009     By: /s/ Navan Ward

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009     By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 22, 2009     _____
Hon. Charles R. Breyer
United States District Court

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

PFZR/1035934/1132569v.1
EAST\42579938.1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE